DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

BRIAN E. STONE,

Appellant,

v.

STACEY L. STONE,

Appellee.

No. 2D2023-2247

————————————————

June 28, 2024

Appeal from the Circuit Court for Pinellas County; Julie L. Sercus, Judge.

Stephanie J. Libbey of K. Dean Kantaras, P.A., Palm Harbor, for Appellant.

Stanford R. Solomon and Laura H. Howard of The Solomon Law Group, P.A., Tampa, for Appellee.

PER CURIAM.

    Affirmed.

SLEET, C.J., CASANUEVA, and KHOUZAM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.